UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHAUNCEY LEON WATKINS, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:17-CV-2041 NAB |
| | ) |
| WALGREENS, et al., | ) |
| | ) |
| Defendants. | ) |

# MEMORANDUM AND ORDER

Before the Court is Docket Number 6, filed as an "Amended Complaint" in this action on August 9, 2017, naming State of Missouri, Brentwood Police Department, St. Louis County Circuit Courts and St. Louis County Public Defenders System as defendants in this action. Plaintiff's original complaint was filed on July 20, 2017, against Walgreens and two Walgreens employees.

The document filed as an "Amended Complaint" appears to be a stand-alone action, rather than an amended filing in the present action. Therefore, the Court will require the Clerk of Court to detach Docket Number 6 from the present action and reinstate the original complaint in this action. Docket Number 6 shall be filed as an original civil action, with a filing date of August 9, 2017.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall detach Docket Number 6 from the present action and reinstate the original complaint in this action. All defendants named in the original complaint shall be reinstated as defendants in this action.

**IT IS FURTHER ORDERED** that Docket Number 6 shall be filed as a separate original civil action, with a filing date of August 9, 2017.

Dated this 24th day of August, 2017.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE